IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALLSTATE INSURANCE COMPANY

v.                                           C.A. NO. 12-1113

LG ELECTRONICS, INC.

v.

A1 ELECTRIC PLUMBING AND HEATING
HEFFLEGER KITCHEN CENTER

ORDER

AND NOW, this 10th day of June, 2014, upon consideration of the defendant LG Electronic's motion to exclude plaintiff's expert testimony of Gregory L. Booth, P.E. and the response thereto, as well as having heard oral argument on the motion, it is hereby ORDERED that the motion [Doc. 72] is DENIED.

BY THE COURT:

JEFFREY L. SCHMEHL, J.